SCWC-16-0000086

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————————————————————

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

AARON KAEHU,
Petitioner/Defendant-Appellant.

———————————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000086; CASE NO. 1PC141001560)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Aaron Kaehu's

application for writ of certiorari, filed on September 15, 2019,

is hereby rejected.

DATED:  Honolulu, Hawaiʻi, November 1, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack



/s/ Michael D. Wilson